FILED
UNITED STATES DISTRICT COURT
U.S. DIST. COURT
MIDDLE DIST. OF LA
MIDDLE DISTRICT OF LOUISIANA
2005 FEB 25 P 4:31
SIGR_____
BY DEPUTY CLERK

| | | |
|---|---|---|
| A.K. SUDA, INC. | * | CIVIL ACTION NO. 04-532-C-M2 |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE NOLAND |
| AWC, INC., ROBERT E. DERECKTOR, INC., AND DERECKTOR SHIPYARDS CONNECTICUT, L.L.C. | * * * | JUDGE TYSON |

## MOTION FOR LEAVE TO FILE CROSS-CLAIM

NOW INTO COURT, through undersigned counsel, comes AWC, Inc. ("AWC"), who moves for leave of court to file a cross-claim against Robert E. Derecktor, Inc. and Derecktor Shipyards Connecticut, LLC. The filing of this cross-claim will not delay these proceedings and is within the deadline for additional claims set forth in the court's scheduling order dated December 8, 2004. All counsel of record have consented to this cross-claim being filed.

WHEREFORE, AWC moves that it be granted leave to file its cross-claim.

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: 225/383-4703

By: _____
Richard F. Zimmerman, Jr., T.A.
Bar No. 13800
Travis B. Wilkinson
Bar No. 28806
Attorneys for AWC, Inc.


CN

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 25 day of February, 2005.

_____
Travis B. Wilkinson