
UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A.K. SUDA, INC. | * | CIVIL ACTION NO. 04-532-C-M2 |
| VERSUS | * | MAGISTRATE JUDGE NOLAND |
| ACW, INC., ROBERT E. DERECKTOR, INC., AND DERECKTOR SHIPYARDS CONNECTICUT, L.L.C. | * * | JUDGE DYSON |

\* \* \* \* \* \* \*

## ANSWER TO CROSS-CLAIM

NOW INTO COURT, through undersigned counsel, come defendants, Robert E. Derecktor, Inc. and Derecktor Shipyards Connecticut, L.L.C. (hereinafter sometimes referred to as "defendants"), and for answer to the Cross-Claim of AWC, Inc. ("AWC"), represents, upon information and belief, as follows:

1.

The allegations contained in Paragraph 1 of the Cross-Claim are admitted.

2.

The allegations contained in Paragraph 2 of the Cross-Claim are admitted.

3.

The allegations contained in Paragraph 3 of the Cross-Claim are admitted insofar as AWC and Derecktor entered into an agreement whereby AWC agreed to provide certain electrical design drawings and specifications. The contract is the best evidence of its terms and conditions; however, the drawings and specifications were for Derecktor's use in the construction of multiple high speed ferries for the State of Alaska. The allegations that the "contract work" was for use in the construction of a single high speed ferry for the State of Alaska is denied.

4.

The allegations contained in Paragraph 4 of the Cross-Claim are admitted.

5.

The allegations contained in Paragraph 5 of the Cross-Claim are admitted.

6.

The allegations contained in Paragraph 6 of the Cross-Claim are admitted.

7.

The allegations contained in Paragraph 7 of the Cross-Claim are denied.

8.

The allegations contained in Paragraph 8 of the Cross-Claim are denied.

9.

The allegations contained in Paragraph 9 of the Cross-Claim are admitted.

10.

The allegations contained in Paragraph 10 of the Cross-Claim are denied.

AND NOW, FURTHER ANSWERING THE CROSS-CLAIM, DEFENDANTS ASSERT AND ALLEGE AFFIRMATIVE DEFENSES AS FOLLOWS:

FIRST AFFIRMATIVE DEFENSE

In the alternative, any liability of AWC or Derecktor to Suda and costs of defense are the responsibility of AWC pursuant to the terms of the contract between AWC and Derecktor.

SECOND AFFIRMATIVE DEFENSE

In the alternative, any liability of defendants to AWC, Inc. was settled pursuant to letter agreement of June 9 and 10, 2003, between Robert E. Derecktor, Inc. and AWC, Inc.

WHEREFORE, defendants, Robert E. Derecktor, Inc. and Derecktor Shipyards Connecticut, L.L.C. pray that this, their Answer, be deemed good and sufficient and that, after due proceedings be had, the Cross-Claim of AWC, Inc. be dismissed, with prejudice, at its costs, and all such other rights and recoveries to which they are entitled.

/ / /

Respectfully submitted:

FOWLER, RODRIGUEZ, CHALOS, FLINT,
GRAY, McCOY, O'CONNOR, SULLIVAN
& CARROLL, L.L.P.

_____
EDWARD F. LeBRETON, III (#8215)
GEORGE J. FOWLER, IV (#28910)
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Attorneys for Robert E. Derecktor, Inc. and Derecktor
Shipyards Connecticut, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by mailing same in the United States mail, properly addressed, and postage prepaid, on this 31 day of MAR, 2005.

_____